CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

DEC 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NORMAN RATTLIFF, JR., <br> Plaintiff, | Civil Action No. 7:08-cv-00551 |
| v. | **FINAL ORDER** |
| GERALD MCPEAK, et. al., <br> Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend (Dkt. No. 7, which he styles as his First Amended Complaint) is **GRANTED**, but that the action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of December, 2008.

/s/ Glen E. Conrad
United States District Judge